No. 91-165

IN THE SUPREME COURT OF THE STATE OF MONTANA

**1991**

STATE OF MONTANA,

       Plaintiff and Respondent,

-vs-

WESTLEY F. DEITCHLER,

       Defendant and Appellant.



APPEAL FROM:   District Court of the Sixteenth Judicial District,
In and for the County of Rosebud,
The Honorable Joe L. Hegel, Judge presiding.


COUNSEL OF RECORD:

      For Appellant:

          Westley F. Deitchler, Pro Se, Deer Lodge, Montana

      For Respondent:

          Hon. Marc Racicot, Attorney General; George Schunk,
Assistant Atty. General, Helena, Montana
John S. Forsythe, County Attorney, Forsyth, Montana


                Submitted on Briefs:  October **10, 1991**

                      Decided:  November 5, 1991

Filed:

                      Clerk

Justice Karla M. Gray delivered the Opinion of the Court.

Westley Floyd Deitchler appeals the judgment of the District Court for the Sixteenth Judicial District, Rosebud County, which found him guilty of twelve misdemeanor offenses including driving without a valid driver's license, operating a vehicle with expired registration, and failure to carry proof of liability insurance. We affirm.

The appellant challenges the constitutionality of state statutes requiring citizens to have a valid driver's license, § 61-5-102, MCA; current car registration, § 61-3-301, MCA; and proof of liability insurance, § 61-6-301, MCA. The State responds that this Court has addressed and settled these issues. We agree.

The appellant himself previously challenged the State's authority to require drivers' licenses. We rejected the constitutional arguments on that issue in State v. Deitchler (1982), 201 Mont. 70, 651 P.2d 1020. Subsequently, we quoted Deitchler with approval in a decision upholding the constitutionality of State statutes requiring drivers to carry drivers' licenses, motor vehicle registration and proofs of vehicle insurance. City of Billings v. Skurdal (1986), 224 Mont. 84, 730 P.2d 371. When the appellant Skurdal brought a second appeal to this Court, we again upheld the constitutionality of drivers' license requirements. State v. Skurdal (1988), 235 Mont. 291, 767 P.2d 304.

These issues are now well settled in Montana. We will not address them again in this case. In addition, we do not address

the appellant's arguments regarding the federal monetary system. Those arguments have no relevance to the misdemeanor convictions from which Deitchler appeals.

Pursuant to Section I, Paragraph 3(c), Montana Supreme Court 1988 Internal Operating Rules, this decision shall not be cited as precedent and shall be published by its filing as a public document with the Clerk of the Supreme Court and by a report of its result to Montana Law Week, State Reporter and West Publishing Company.

Affirmed.

_____
Justice

We concur:

_____
_____
_____
_____
Justices

November **5,** 1991

CERTIFICATE OF SERVICE

I hereby certify that the following order was sent by United States mail, prepaid, to the following named:

Westley F. Deitchler
700 Conley Lake Rd.
Deer Lodge, MT 59722

Hon. Marc Racicot, Attorney General
Justice Bldg.
Helena, MT 59620

John S. Forsythe
County Attorney
P.O. Box 69
Forsyth, MT 59321

ED SMITH
CLERK OF THE SUPREME COURT
STATE OF MONTANA

BY: _____
     Deputy